JS-6

TRACY L. WILKISON
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
MARGARET BRANICK-ABILLA, CSBN 223600
Special Assistant United States Attorney
     Social Security Administration
     160 Spear Street, Suite 800
     San Francisco, CA  94105
     Telephone: (510) 970-4809
     Facsimile: (415) 744-0134
     Email: Margaret.Branick-Abilla@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| MARIA L. TELLO GUTIERREZ,<br><br>    Plaintiff,<br><br>       v.<br><br>KILOLO KIJAKAZI, Acting<br>Commissioner of Social Security,<br><br>    Defendant. | ) Case No. 2:21-cv-03108-ADS<br>)<br>)<br>) **JUDGMENT**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

-1-

1    Having approved the parties' Stipulation to Remand Pursuant to Sentence

2   Four of 42 U.S.C. § 405(g) and to Entry of Judgment, THE COURT ADJUDGES

3   AND DECREES that judgment is entered for Plaintiff.

4

5

6   DATED:   January 25, 2022                          /s/ Autumn D. Spaeth
                                                HON. AUTUMN D. SPAETH
7                                               UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28