1  TRACY L. WILKISON
   United States Attorney
2  DAVID M. HARRIS
3  Assistant United States Attorney
   Chief, Civil Division
4  CEDINA M. KIM
5  Assistant United States Attorney
   Senior Trial Attorney, Civil Division
6  MARGARET BRANICK-ABILLA, CSBN 223600
7  Special Assistant United States Attorney
        Social Security Administration
8       160 Spear Street, Suite 800
9       San Francisco, CA  94105
10      Telephone: (510) 970-4809
        Facsimile: (415) 744-0134
11      Email: Margaret.Branick-Abilla@ssa.gov
12 Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| MARIA L. TELLO GUTIERREZ, | Case No. 2:21-cv-03108-ADS |
| Plaintiff, | **ORDER** |
| v. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

1 | Based upon the parties' Stipulation for the Award and Payment of Attorney
2 | Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), **IT IS**
3 | **ORDERED** that fees in the amount of $4,827.27 as authorized by 28 U.S.C.
4 | § 2412 be awarded to Plaintiff subject to the terms of the Stipulation.

DATED:   March 1, 2022           /s/ Autumn D. Spaeth
                                 HON. AUTUMN D. SPAETH
                                 UNITED STATES MAGISTRATE JUDGE